■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANDY S. GREEN, Appellant. — Motion by defendant, in effect, to reargue an order of this court

dated July 21, 1980 which modified two sentences imposed July 26, 1979 in the County Court, Suffolk County. Motion denied. Mollen, P. J., Mangano, Gulotta and O'Connor, JJ., concur.